Composite Exhibit 1

Int. Cls.: **9, 16, 25 and 41**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,407,693
Registered Nov. 28, 2000

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# PAUL McCARTNEY

MPL COMMUNICATIONS LIMITED (UNITED KINGDOM PRIVATE LIMITED COMPANY)
1 SOHO SQUARE
LONDON W1V 6BQ, UNITED KINGDOM

FOR: MUSICAL SOUND RECORDINGS; PRE-RECORDED PHONOGRAPH RECORDS, COMPACT DISCS, MAGNETIC TAPES, MAGNETIC DISC, VIDEO TAPES AND DISCS, ALL FEATURING

ING GOWNS, BATHROBES, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES; CULTURAL ACTIVITIES, NAMELY, LIVE ARTISTIC AND VISUAL ARTS PERFORMANCES; RECORDING STUDIO SERVICES; PRODUCTION OF MUSIC, TELEVISION PROGRAMS, MOTION PICTURE FILMS, MUSIC FOR MOTION PICTURE FILMS, AND AUDIO AND VIDEO RECORDINGS, IN CLASS 41 (U.S. CLS. 100, 101

MUSIC; AND CINEMATOGRAPHIC FILMS FEATURING VOCAL AND MUSICAL PERFORMANCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY, SHEET MUSIC, MUSIC FOLIOS, CONCERT AND TOUR BROCHURES; SERIES OF FICTION BOOKS; SERIES OF NON-FICTION BOOKS ON A VARIETY OF TOPICS; SERIES OF BOOKS FEATURING ART AND SERIES OF BOOKS FEATURING POETRY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF OUTERCLOTHING AND UNDERCLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, WAISTCOATS, JACKETS, DRESS-

[...RECORDINGS,...] AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2174686, FILED 8–12–1998, REG. NO. 2174648, DATED 8–12–1998, EXPIRES 8–12–2008.

THE NAME "PAUL MCCARTNEY" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75–551,901, FILED 9–11–1998.

ALICE BENMAMAN, EXAMINING ATTORNEY

Int. Cls.: **9, 16, 25 and 41**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,171,747**
Registered Nov. 14, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

*Paul McCartney* (signature)

MPL COMMUNICATIONS LIMITED (UNITED KINGDOM LIMITED COMPANY)
1 SOHO SQUARE
LONDON W1D 3BQ
UNITED KINGDOM

FOR: MUSICAL SOUND RECORDINGS; PRE-RECORDED PHONOGRAPH RECORDS, COMPACT DISCS, MAGNETIC TAPES, MAGNETIC DISCS, VIDEOTAPES AND DISCS, ALL FEATURING MUSIC; CINEMATOGRAPHIC FILMS FEATURING VOCAL AND MUSICAL PERFORMANCES; VIDEODISCS AND VIDEOTAPES WITH RECORDED ANIMATED CARTOONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY SHEET MUSIC, MUSIC FOLIOS, CONCERT AND TOUR BROCHURES; SERIES OF FICTION BOOKS; SERIES OF NON-FICTION BOOKS ON MUSIC AND POPULAR CULTURE, SERIES OF BOOKS FEATURING ART, SERIES OF BOOKS FEATURING POETRY; COMIC BOOKS; CALENDARS, GREETINGS CARDS, INVITATION CARDS, POSTCARDS, CARTOON PRINTS AND CARTOON BOOKS, PHOTOGRAPHS, POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF OUTERCLOTHING AND UNDERCLOTHING, NAMELY SUITS, STOCKINGS, SHIRTS, BLOUSES, TROUSERS, SKIRTS, DRESSES, JACKETS, OVERALLS, WAISTCOATS, PANTYHOSE, SCARVES, TIES, DRESSING GOWNS, BATH ROBES, SLEEPING GARMENTS, T-SHIRTS, SHORTS, TRACKSUITS, TRACKSUIT TOPS, HATS, SOCKS, BELTS, CAPS, GLOVES AND APRONS, ALL FOR WEAR; JEANS, NECKWEAR, SWIMWEAR; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE PERFORMANCES OF VISUAL ARTS IN THE NATURE OF LIVE MUSICAL PERFORMANCES, LIVE DRAMATIC THEATRICAL PERFORMANCES, LIVE OPERATIC PERFORMANCES, FIREWORK DISPLAYS, LIVE LITERARY PERFORMANCES IN THE NATURE OF RECITATION OF POETRY, RECITATION OF BOOKS, AND PROJECTION OF PRE-RECORDED SOUND, FILM OR MUSIC; EDUCATIONAL AND TRAINING SERVICES, NAMELY PROVIDING CLASSES, SEMINARS, TUTORING, AND MENTORING IN THE FIELD OF VISUAL ARTS IN THE NATURE OF LIVE MUSICAL PERFORMANCES, LIVE DRAMATIC THEATRICAL PERFORMANCES, LIVE OPERATIC PERFORMANCES, LIVE LITERARY PERFORMANCES IN THE NATURE OF RECITATION OF POETRY, RECITATION OF BOOKS, AND PROJECTION OF PRE-RECORDED SOUND, FILM OR MUSIC; CULTURAL ACTIVITIES NAMELY LIVE PERFORMANCES OF MUSIC, LIVE PERFORMANCES OF DANCE, LIVE CONCERTS AND PROJECTION OF PRE-RECORDED SOUND, FILM OR MUSIC; ORGANIZATION OF EVENTS AND COMPETITIONS ALL RELATING TO THE PERFORMING AND VISUAL ARTS, NAMELY, PERFORMANCE OF MUSIC, DRAMA, AND OPERA; LIVE PERFORMANCES BY MUSICAL BANDS AND ARTISTS AND PRESENTATION OF MUSICAL PERFORMANCES; PRESENTATION OF LIVE PERFORMANCES IN THE NATURE OF LIVE MUSIC CONCERTS AND LIVE SHOWS; RECORDING STUDIO SERVICES; PRODUCTION OF MUSIC, MOTION PICTURE FILMS, VIDEOS AND TELEVISION PROGRAMS; PRODUCTION OF AUDIO VIDEO AND CINEMATOGRAPHIC RECORDINGS; MUSIC PUBLISHING SERVICES; PUBLISHING OF BOOKS AND MAGAZINES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

OWNER OF INTERNATIONAL REGISTRATION 0868830 DATED 5-24-2005, EXPIRES 5-24-2015.

OWNER OF U.S. REG. NO. 2,407,693.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES SIR PAUL MCCARTNEY, WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

SER. NO. 79-017,871, FILED 5-24-2005.

BARNEY CHARLON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,062,657**
**Registered May 26, 2020**
**Int. Cl.: 9, 16, 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

MPL Communications Limited (UNITED KINGDOM LIMITED LIABILITY COMPANY)
1 Soho Square
London, UNITED KINGDOM W1D3BQ

CLASS 9: Optical discs featuring musical performances; gramophone records featuring musical performances; compact discs featuring musical performances; magnetic tapes and magnetic discs featuring musical performances; video and sound recordings all featuring music and musical performances; cinematographic films featuring vocal and musical performances; pre-recorded video tapes featuring musical performances

CLASS 16: Printed matter, namely, calendars, sheet music, music folios, concert and tour brochures featuring information about music and musical performances; posters

CLASS 25: Articles of outerclothing and underclothing, namely, shirts, blouses, jackets, scarves, ties, dressing gowns, bath robes, sleeping garments, hats, socks, belts, caps, gloves and aprons, all for wear, jeans, neckwear; knitted articles of clothing and articles of clothing made from knitted materials, namely, t-shirts, shorts and hooded tops

CLASS 41: Musical entertainment and performance services Entertainment, namely, live performances by a musical band

OWNER OF UNITED KINGDOM , REG. NO. UK0000202654, DATED 07-10-1995, EXPIRES 07-10-2025

The mark consists of a stylized drawing of wings in the shape of the letter "W".

SER. NO. 88-580,507, FILED 08-15-2019



Director of the United States
Patent and Trademark Office

